```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17456
    VIVIAN A HOLMES
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7295


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/07/08 .

    2.  The case was dismissed without confirmation, 08/29/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
RESMAE MORTGAGE CORP       CURRENT MORTG         .00            .00            .00
RESMAE MORTGAGE CORP       MORTGAGE ARRE   NOT FILED            .00            .00
ACCOUNT RECOVERY SERVICE   UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED            .00            .00
CAVALRY SPV II LLC         UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CERTIFIED RECOVERY         UNSECURED       NOT FILED            .00            .00
ER SOLUTIONS INC           UNSECURED       NOT FILED            .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED            .00            .00
GENESIS                    UNSECURED       NOT FILED            .00            .00
GREEN TREE                 UNSECURED       NOT FILED            .00            .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED            .00            .00
LORD & TAYLOR              UNSECURED       NOT FILED            .00            .00
MERRICK BANK               UNSECURED       NOT FILED            .00            .00
PROVIDIAN                  UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED            .00            .00
GEMB                       UNSECURED       NOT FILED            .00            .00
US BANK                    UNSECURED       NOT FILED            .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID

WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED            .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
PRINCIPAL PAID        .00          .00          .00          .00           .00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00          .00          .00           .00
The Debtor's attorney, DEVONA & ASSOC             , was allowed $         .00
and was paid $         .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE